No. 65622.—Firmenich & Co. et al. *v.* United States, protests 168413–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.